# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEANNE M. GARRITY  
8321 RAPTOR TRAIL  
LAKEWOOD, IL  60014

SSN-xxx-xx-3111

Case Number: 05-73864

Case filed on: 8/1/2005  
Plan Confirmed on: 12/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $48,260.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP INC | 0.00 | 0.00 | 33,916.47 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 33,916.47 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 357.98 | 357.98 | 0.00 | 0.00 |
|  | Total Priority | 357.98 | 357.98 | 0.00 | 0.00 |
| 999 | JEANNE M. GARRITY | 0.00 | 0.00 | 1,500.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,500.00 | 0.00 |
| 002 | ABN AMRO MORTGAGE GROUP INC | 20,509.11 | 20,509.11 | 4,338.78 | 0.00 |
| 004 | FORD MOTOR CREDIT CORP | 15,289.17 | 13,000.00 | 1,770.40 | 1,224.37 |
|  | Total Secured | 35,798.28 | 33,509.11 | 6,109.18 | 1,224.37 |
| 004 | FORD MOTOR CREDIT CORP | 0.00 | 2,289.17 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 612.14 | 612.14 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 8,739.26 | 8,739.26 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 2,026.04 | 2,026.04 | 0.00 | 0.00 |
|  | Total Unsecured | 11,377.44 | 13,666.61 | 0.00 | 0.00 |
|  | Grand Total: | 50,233.70 | 50,233.70 | 44,225.65 | 1,224.37 |

Total Paid Claimant:       $45,450.02  
Trustee Allowance:          $2,809.98          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:         0.00          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan